BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

MAR 27 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>1317 O Street, Apt. 1<br>Sacramento, California | Case No. 12-SW-0715 GGH<br><br>[PROPOSED] ORDER |

Good cause appearing, the Court hereby orders that the United States may have an additional 60 days, until May 5, 2013, to complete the search of the computer and storage media seized and identified in SA Ochoa's search warrant return in case number 12-SW-0715 GGH.

IT IS SO ORDERED.

DATED: 3/27/13

_____
ALLISON CLAIRE
United States Magistrate Judge

4                                    Request for Extension
                                     12-SW-0715 GGH

4