**FILED**

AUG 0 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>1317 O Street, Apartment 1<br>Sacramento, California 95814 | CASE NO. 2:12-SW-0715 GGH<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 8/9/13

_____
HON. ALLISON CLAIRE
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application     1